No. 649, Misc.   AROS-GONZALES *v.* UNITED STATES. C. A. 9th Cir.   Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

NOVEMBER 10, 1969

No. 1173, October Term, 1968.   JONES *v.* ILLINOIS BY ITS ELECTORAL BOARD, 395 U. S. 162.   Motion to require state and local officials of Illinois promptly to conduct an election for office of Lieutenant Governor of Illinois denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this motion.   *William J. Scott,* Attorney General of Illinois, and *Francis T. Crowe, Herman Tavins,* and *A. Zola Groves,* Assistant Attorneys General, in opposition.

No. 11.   SAMUELS ET AL. *v.* MACKELL, DISTRICT ATTORNEY OF QUEENS COUNTY, ET AL.   Appeal from D. C. S. D. N. Y.   Motion of appellants to strike brief of appellee Mackell denied.   *Victor Rabinowitz* on the motion. *Thomas J. Mackell, pro se,* in opposition.   [For earlier orders herein, see, *e. g.,* 395 U. S. 957.]

No. 13.   MAXWELL *v.* BISHOP, PENITENTIARY SUPERINTENDENT.   C. A. 8th Cir.   Motion of *Gerald H. Gottlieb* and *Earl Klein, pro sese,* for leave to file the *amici curiae* brief in the case of *Boykin* v. *Alabama,* No. 642, October Term, 1968, in this case, denied.   [For earlier orders herein, see, *e. g.,* 395 U. S. 918.]

No. 429, Misc.   SZIJARTO *v.* OBERHAUSER ET AL.   C. A. 9th Cir.   Application for bail presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.